LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

DEC 19 2019

TEL. (212) 227-8899                    FAX (212) 964-2926

December 12, 2019

Hon. Alison J. Nathan
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

Re: United States v. Tina Batista,
17 Cr. 185 (AJN)

Your Honor,

I write to request that the Court approve early termination of Tina Batista's supervised release as recommended by her Probation Officer Christina Alexander.[1] The Court sentenced Ms. Batista to three hundred and sixty six (366) days in jail and two years of supervised release. Ms. Batista completed the first year of her supervised release in November, 2019.

Sagar Ravi, Esq. has reviewed Officer Alexander's report and has indicated that he defers to Officer Alexander's recommendation.

Therefore, I request that the Court approve the early termination of Tina Batista's supervised release.

So Ordered.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED: 12/18/19

_____
ALISON J. NATHAN

---

[1] The recommendation, which contains confidential client information, is being submitted to the Court via email and I request leave to file it under seal.